UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PROMENADES MALL (E&A), LLC a South
Carolina limited liability company,

    Plaintiff,

vs.                          Case No. 2:08-cv-475-FtM-29SPC

ALLSTATE INSURANCE COMPANY an
Illinois corporation,

    Defendant.
_____

## ORDER

This matter comes before the Court on defendant's Notice of Settlement (Doc. #50), filed on May 11, 2009. The parties indicate that they have resolved all matters and documents are being finalized.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this cause be and the same is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **SIXTY (60) DAYS** of the date hereof, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose **or** for any party to move to reopen the action, *upon good cause being shown*. After that **SIXTY (60) DAY** period, however, without further order, this dismissal shall be deemed *with prejudice*. The Clerk is **directed** to terminate any

previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

**DONE** and **ORDERED** at Fort Myers, Florida, this   11th   day of May, 2009.

*John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
United States Magistrate Judge
Counsel of Record